**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MANZO, MARIA MANZO, JESUS RIOS, LAURA RIOS, GABRIEL DEHARO, MARIA DEHARO, OCTAVIO PENA, JESUS LEDESMAM IRMA ZAVALA, and SIGRID DOBAT,<br><br>Plaintiffs,<br><br>v.<br><br>HALL VINELAND PROPERTY, LLC, and KATHRYN HALL,<br><br>Defendants. | No. C 10-05279 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the case management conference from March 3, 2011, to March 17, 2011, following the hearing at 8:00 a.m. on defendants' motion to dismiss. A joint case management statement is due at least seven days prior.

**IT IS SO ORDERED.**

Dated: February 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE