1  Patrick J. Becherer (SBN 50090)
   Susan Beneville (SBN 154824)
2  Emily D. Bergstrom (SBN 191395)
   BECHERER KANNETT & SCHWEITZER
3  The Water Tower
   1255 Powell Street
4  Emeryville, CA  94608
   Telephone:    (510) 658-3600
5  Facsimile:    (510) 658-1151

6  Attorneys for Defendants
7  Hall Vineland Property, LLC and
   Kathryn Hall

8
                IN THE UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| ANTONIO MANZO, MARIA MANZO, JESUS RIOS, LAURA RIOS, GABRIEL DEHARO, MARIA DEHARO, OCTAVIO PENA, JESUS LEDESMA, IRMA ZAVALA and SIGRID DOBAT,  Plaintiffs,  HALL VINELAND PROPERTY, LLC and KATHRYN HALL,  Defendants. | Case No. 3:10-cv-05279 WHA  **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS HALL VINELAND PROPERTY, LLC AND KATHRYN HALL;** [PROPOSED] **ORDER** |

19       PLEASE TAKE NOTICE that defendants Hall Vineland Property, LLC and Kathryn Hall have

20  retained Becherer Kannett & Schweitzer to substitutute as counsel for Endeman, Lincoln, Turek &

21  Heater LLP in the above-captioned matter.

22       Withdrawing counsel for defendants Hall Vineland Property, LLC and Kathryn Hall is:

23       Henry E. Heater
         George H. Kaelin III
24       Endeman, Lincoln, Turek & Heater LLP
25       600 B Street, Suite 2400
         San Diego, CA  92101
26       Tel: 619-544-0123
         Fax: 619-544-9110
27       Email:  hheater@elthlaw.com
                 gkaelin@elthlaw.com
28

Becherer
Kannett &
Schweitzer

1255
Powell St.
Emeryville, CA
94608
510-658-3600

-1-

NOTICE OF WITHDRAWL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER

1    All pleadings, orders and notices should now be served upon the following substituted counsel

2    for defendants Hall Vineland Property, LLC and Kathryn Hall:

3    Patrick J. Becherer
     Emily D. Bergstrom
4    Susan P. Beneville
     Becherer Kannett & Schweitzer
5    1255 Powell Street
     Emeryville, CA  94608
6    Tel:  510-658-3600
     Fax:  510-658-1151
7
     Emails:  pbecherer@bkscal.com
8              ebergstrom@bkscal.com
               sbeneville@bkscal.com
9

10   The undersigned parties consent to the above-withdrawl and substitution of counsel.

11
                                                        /s/
12   Date: July 8, 2011                  _____
13                                        Kathryn Hall

14                                                      /s/
     Date: July 8, 2011                  _____
15                                        Hall Vineland Property, LLC

16
17                                        Endeman, Lincoln, Turek & Heater LLP

18                                                      /s/
     Date: July 8, 2011          By:     _____
19                                        Henry Heater, Esq.
20

21                                        Becherer Kannett & Schweitzer

22                                                      /s/
     Date: July 8, 2011          By:     _____
23                                        Patrick J. Becherer

24
25   / / /
26   / / /
27   / / /
28   / / /

-2-

NOTICE OF WITHDRAWL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER

1  I hereby attest that I obtained concurrence in the filing of this document from each of the other

2  signatories on this e-filed document.

3                                                    Becherer Kannett & Schweitzer

4                                                              /s/

5  Date: July 8, 2011                          By: _____
                                                    Patrick J. Becherer
6

7

8      The above-withdrawl and substitution of counsel is approved and so ORDERED:

9

10  Dated:   July 8, 2011. _____     _____

11                                              Honorable William      Alsup

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Becherer
Kannett &
Schweitzer

1255
Powell St.
Emeryville, CA
94608
510-658-3600

NOTICE OF WITHDRAWL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER