**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MANZO, MARIA MANZO, JESUS RIOS, LAURA RIOS, GABRIEL DEHARO, MARIA DEHARO, OCTAVIO PENA, JESUS LEDESMA, IRMA ZAVALA, and SIGRID DOBAT,<br><br>  Plaintiffs,<br><br>  v.<br><br>HALL VINELAND PROPERTY, LLC, and KATHRYN HALL,<br><br>  Defendants.<br>  _____ / | No. C 10-05279 WHA<br><br>**ORDER RE OPPOSITION OBJECTION** |

The Court has read defendants' objection to a deposition notice but will take no action until someone sends in a letter requesting court relief.

**IT IS SO ORDERED.**

Dated:  December 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE