IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO MANZO, et al,

    Plaintiffs,

  v.

HALL VINELAND PROPERTY, LLC,
KATHRYN HALL,

    Defendants.

No. C 10-05279 WHA

**ORDER RESCHEDULING THE PRETRIAL CONFERENCE**

    The final pretrial conference is rescheduled to **2:00 P.M. ON MARCH 7, 2012**. If this puts counsel in a quandary, please promptly notify the Court. All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: February 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE