IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO MANZO, et al.,

    Plaintiffs,

  v.

HALL VINELAND PROPERTY, LLC,
KATHRYN HALL,

    Defendants.
                        /

No. C 10-05279 WHA

**ORDER RESCHEDULING PRETRIAL CONFERENCE**

    The pretrial conference previously set for March 7 is rescheduled to **7:30 A.M. ON MARCH 14, 2012**. The trial date remains unchanged.

    **IT IS SO ORDERED.**

Dated: March 1, 2012.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE